AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gustafson, John P. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Ohio | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
James M. Ashley and Thomas W.L. Ashley U.S. Courthouse
1716 Spielbusch Avenue, Rm. 113
Toledo, Ohio 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Directors. | The NACTT Academy (01/24/2013 to 12/31/2018) non-profit educational 501(c)(3) |
| 2. | Trustee for ▓▓▓▓ Trust | ▓▓▓ Gustafson Trust: ▓▓ trust, ▓▓ benficiary. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gustafson, John P. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The NACTT Academy for Consumer Bankruptcy Education | 06/28/18 to 06/30/18 | Miami, FL | Educational presentations made at NACTT Conference. | Travel (Plane fare/mileage), meals, hotel and attendance fee. |
| 2. | Federal Bar Association Western District of Michigan | 07/26/18 to 07/27/18 | Traverse City, MI | Educational presentation made at W.D. of Mich, FBA educational seminar. | Hotel, meal and attendance fee. |
| 3. | Credit Education Coalition | 10/12/18 | Columbus, Ohio | Educational presentation made at annual Fall CEC bankruptcy educational seminar. | Travel (mileage), meals and hotel. |

| 4. | National Association of Attorney Generals (NAAG) | 10/17/18 | Columbus, Ohio | Educational presentation made at NAAG bankruptcy educational seminar. | Cup of coffee and a granola bar |
| --- | --- | --- | --- | --- | --- |
| 5. | American Bankruptcy Institute | 11/12/18 | Southfield, MI | Educational presentation made at the annual Steven Rohodes Veteran's Day Seminar | Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Gustafson, John P. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA with Charles Schwab | | | | | | | | | |
| 2. - Research Frontiers, Inc. (Symb. 'REFR') common stock in IRA | None | | J | T | | | | | |
| 3. - Global Diversfd Inds. New (Restricted Shares) in IRA, prob. defunct | None | | J | W | | | | | |
| 4. - Vanguard 500 Index Fund (VFINX) in IRA. | A | Int./Div. | J | T | | | | | |
| 5. - Cash in IRA | A | Interest | M | T | | | | | |
| 6. Family Trust | | | | | | | | | |
| 7. - Research Frontiers (symbol REFR) | None | | K | T | | | | | |
| 8. - China Continental Inc. (Symbol CHCL) - probably defunct | None | | J | W | | | | | |
| 9. - Global Diversified Ind. - probably defunct | None | | J | W | | | | | |
| 10. - The Majestic Companies, LTD - (Symbol MJXX) probably defunct | None | | J | W | | | | | |
| 11. - Unitrend, Inc. probably defunct. | None | | J | W | | | | | |
| 12. State Teachers Retirement System of Ohio Retirement Account. | None | | J | V | | | | | |
| 13. Lot/structure in RV Resort, Zephyrhills, Pasco County, Florida. | None | | | | Sold | 06/22/18 | L | C | A. David & Marilyn Crosby |
| 14. Structure in Retirement Community, DeLand, Volusia County, Florida | | | | | Buy | 04/13/18 | K | | Jim and Debbie Timpone |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

State Teachers Retirement System of Ohio is from teaching one class for two years at the University of Toledo more than a decade ago. The amount is minimal, and I chose "other" as the basis for valuation because the statement from STRS does not provide any information other than an amount and I relied on the STRS statement.

Couple who (                    ) who stay on the DeLand, FL property pay the lot rent and monthly fees associated with it for the winter months when they reside there full time. Fees in 2018 were about $550 a month - they paid for October through December, 2018. This is really not an "investment", as it is essentially a double-wide on rented ground - there is no expectation of gain.

| Name of Person Reporting | Date of Report |
|---|---|
| Gustafson, John P. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John P. Gustafson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544